**Bruce A. Neilson #096952**
**7108 N. Fresno St. #410**
**Fresno, California 93720**
**Telephone (559) 432-9831**
**Facsimile (559) 432-1837**

**Attorney for Defendant**
Wadhah Ahmed Omar Mohammed
and Carmela Abbattista

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| JOSE TRUJILLO, | CASE NO. 1:17-cv-313-DAD-MJS |
| Plaintiff, | SECOND STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT |
| vs. | |
| WADHAH AHMED OMAR MOHAMMED dba OMAR MARKET; CARMELA ABBATTISTA, Trustee of THE FAMILY TRUST OF CARMELA ABBATTISTA AND ITALO A. ABBATTISTA, dated August 30, 2001; | |
| Defendants. | |

WHEREAS:

1. Plaintiff JOSE TRUJILLO filed his complaint in this action on March 6, 2017.

2. This is the second request for an extension of time for WADHAH AHMED OMAR MOHAMMED dba OMAR MARKET and CARMELA ABBATTISTA, Trustee of THE FAMILY TRUST OF CARMELA ABBATTISTA AND ITALO A. ABBATTISTA, dated August 30, 2001 ("Defendants"). A previous stipulation for extension of time was granted by local rule and therefore court approval is required for a further extension of time. A joint status report is due on or about July 31, 2017.

3. Plaintiff and Defendants continue to be in settlement negotiations at this time, but time is needed to conclude the terms of a settlement.

4. The parties agree and submit that settlement of this case prior to the preparation of a joint status

report would save valuable court time and resources.

5. The parties have agreed to extend Defendants' time to respond to the complaint until June 15, 2017 subject to the court's approval, and believe that the case can be settled within that time.

NOW THEREFORE, Defendants through their attorneys, and Plaintiff JOSE TRUJILLO through his attorneys, hereby stipulate and agree that the time for WADHAH AHMED OMAR MOHAMMED dba OMAR MARKET and CARMELA ABBATTISTA, Trustee of THE FAMILY TRUST OF CARMELA ABBATTISTA AND ITALO A. ABBATTISTA, dated August 30, 2001 to answer or otherwise respond to the Complaint shall be extended up to and including June 15, 2017, pending court approval.

IT IS SO STIPULATED.

Dated: May 25, 2017

MISSION LAW FIRM, A.P.C.
/s/Zachary M. Best
Zachary M. Best, Attorney for Plaintiff Jose Acosta

Dated: May 25, 2017

/s/Bruce A. Neilson
Bruce A. Neilson, Attorney for Defendants,
Wadhah Ahmed Omar Mohammed
and Carmela Abbattista

## ORDER

**IT IS SO ORDERED that** defendants WADHAH AHMED OMAR MOHAMMED dba OMAR MARKET and CARMELA ABBATTISTA, Trustee of THE FAMILY TRUST OF CARMELA ABBATTISTA AND ITALO A. ABBATTISTA, dated August 30, 2001, shall have until June 15, 2017 to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated: May 28, 2017        /s/ *Michael J. Seng*
                           UNITED STATES MAGISTRATE JUDGE